UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
UNITED STATES OF AMERICA,
                                            Plaintiff,

-v-

TONY THWAITES,
                                       Defendant,
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2019

18 Cr. 798-02 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, with TONY THWAITES's consent, his guilty plea allocution was taken before Magistrate Debra C. Freeman on August 8, 2019;

WHEREAS, a transcript of the allocution was made; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated: New York, New York
       December 16, 2019

_____
LORNA G. SCHOFIELD
United States District Judge