

TRINITY CENTRE
115 BROADWAY, 17TH FLOOR
NEW YORK, NY 10006
TEL: (212) 566-1000
FAX: (212) 566-1068

December 19, 2019

VIA ECF
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Dated: December 20, 2019
New York, New York

APPLICATION GRANTED

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: <u>United States v. Tony Thwaites</u>
Ind. #: 18 Cr. 798 (LGS)

Dear Judge Schofield:

    I represent Mr. Thwaites in his pending indictment before Your Honor. He has been sentenced and is due to surrender to a BOP facility on February 12, 2020. His bail conditions include residing with his mother in Brooklyn and maintaining a curfew from 9pm to 5am. It is respectfully requested that Your Honor modify these conditions in order to permit Mr. Thwaites to spend Christmas Eve and New Years Eve in the Bronx with his daughter and her mother. He will return home and continue with the usual bail conditions on Christmas Day and New Years Day.

    The government has no objection to this request. His Pre-Trial Services officer, Bernisa Mejia, has informed me that as a general policy, PTS does not consent to any social requests. However, she suggested I inform the Court that Mr. Thwaites is fully compliant with his PTS obligations.

    Thank you for your consideration.

Very Truly Yours,

SULLIVAN & BRILL, LLP

_____
By: Steven Brill, Esq.