

TRINITY CENTRE
115 BROADWAY, 17TH FLOOR
NEW YORK, NY 10006
TEL: (212) 566-1000
FAX: (212) 566-1068

January 25, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2020

<u>VIA ECF</u>
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Tony Thwaites</u>
Ind. #: 18 Cr. 798 (LGS)

Dear Judge Schofield:

    I represent Mr. Thwaites in his pending indictment before Your Honor. He has been sentenced to 366 days and is due to surrender to a BOP facility on February 12, 2020. His bail conditions include residing with his mother in Brooklyn and maintaining a curfew from 9pm to 5am. As Your Honor is aware, Mr. Thwaites has a young daughter who lives with her mother, Danielle, in the Bronx. Indeed, during the pendency of this case, with permission, he has spent holidays and special occasions there.

    Mr. Thwaites respectfully requests that he be <u>permitted to permanently reside in the Bronx with his daughter, under the same curfew restrictions, until his surrender date.</u>

    His Pre-Trial Services officer, Bernisa Mejia, has informed me that she has no objection to this request. The government takes no position.

    Thank you for your consideration.

Very Truly Yours,

SULLIVAN & BRILL, LLP

By: Steven Brill, Esq.

Application GRANTED. The Clerk of the Court is respectfully directed to terminate the letter motion at docket number 61.

Dated: January 27, 2020
    New York, New York

**LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE**