

February 14, 2020

**VIA ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2020

Re: <u>United States v. Tony Thwaites</u>
Ind. #: 18 Cr. 798 (LGS)

Dear Judge Schofield:

    I represent Mr. Thwaites in the above referenced matter. He has been sentenced to 366 days and was ordered to surrender at the Courthouse at 500 Pearl Street, on February 17, 2020. We have been informed by the Department of Probation that the United States Marshall Service has indicated that, due to the Federal Holiday, the Courthouse will be closed on that day and no one will be present to effectuate his surrender. As a result we are requesting that his surrender date be adjourned one day, to February 18, 2020 at 2:00 PM.

    Thank you for your consideration.

Very Truly Yours,

SULLIVAN & BRILL, LLP

By: Steven Brill, Esq.

Application Granted. Defendant Tony Thwaites' surrender date is extended to February 19, 2020. The Clerk of the Court is directed to terminate the letter motion at docket number 65.

Dated: February 19, 2020
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**